IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY McDONALD and STACY McDONALD, his wife,<br><br>Plaintiffs,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC., d/b/a JARDEN CONSUMER SOLUTIONS,<br><br>Defendant. | Civil Action No.: 07-820<br><br>The Honorable Gary L. Lancaster |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed by the parties, through their undersigned counsel, that this action and all claims of the parties are hereby dismissed with prejudice.

Respectfully submitted,

/s/ Phillip Earnest

Phillip Earnest, Esq.
PA Id. #83208
Robb Leonard Mulvihill
2300 One Mellon Center
Pittsburgh, PA 15219

Tel: 412.281.5431

pearnest@rlmlawfirm.com

Counsel for Plaintiffs

Respectfully submitted,

/s/ Livia Langton

Livia Langton, Esq.
PA Id. #91548
Eckert Seamans Cherin & Mellott
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Tel: 412.566.1926

llangton@eckertseamans.com

Counsel for Defendant

SO ORDERED, this 26th day of March, 2008.

_____
Gary L. Lancaster, U.S. District Judge

:63030.1